# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

*In re*: Steven L. Yarmy,
Attorney at Law, Bar No. 8733

Case No. 2:19-cv-00240-APG

**ORDER OF SUSPENSION**

    Attorney Steven L. Yarmy, State Bar No. 8733, was suspended by the Supreme Court of Nevada on December 5, 2024.  On December 9, 2024, I ordered Mr. Yarmy to show cause why this court should not impose reciprocal discipline and suspend him. ECF No. 12.  That order was mailed via certified mail.  However, the order was returned from the United States Postal Service marked "Return to Sender - Attempted – Not Known – Unable to Forward."  Regardless, the order provided Mr. Yarmy with 30 days to respond with reasons why he should not be suspended.  No response has been received.  Failure to respond requires me to enter an order of suspension. Local Rule IA 11-7(e)(2).

    I THEREFORE ORDER that Steven L. Yarmy, Bar No. 8733, is suspended from practice in United States District Court for the District of Nevada.

    DATED THIS 15th Day of January 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

<u>CERTIFICATE OF SERVICE</u>

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 15th day of January 2025, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following party via Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

Steven Yarmy
5109 Your Avenue
Las Vegas, NV 89108

Certified Mail No.: 7020 3160 0000 7420 2190

<u>/s/ Sharon H.</u>
Deputy Clerk
United States District Court,
District of Nevada